FILED: September 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2224
(8:20-cv-00845-TDC)

_____

EVY B. ORELLANA

       Plaintiff - Appellee

v.

DEPUTY UNITED STATES MARSHAL RYAN GODEC, in his individual capacity; DEPUTY UNITED STATES MARSHAL TRISTAN MARTIN, in his individual capacity

       Defendants - Appellants

 and

UNITED STATES OF AMERICA; JOHN DOE U.S. MARSHALS 1-2, in their individual capacities

       Defendants

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge

requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk